14-15733

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-62770-CIV-MARRA
(09-60212-CR-MARRA)

GREGORY WELCH,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## FINAL JUDGMENT

For the reasons stated in the Report of the Magistrate Judge (DE 17) and upon independent de novo review of the file, and over the objections having been filed (DE 18), it is **ORDERED AND ADJUDGED** as follows:

1)     The Court hereby adopts and affirms the Report and Recommendation of the Magistrate Judge. The petition to vacate pursuant to 28 U.S.C. § 2255 is **DENIED**.

2)     Under Rule 11(a) of the Rules Governing Section 2255 Proceedings in the United States District Courts, this Court must issue or deny a certificate of appealability when entering a final order adverse to the applicant. Because the Court is adopting the Magistrate Judge's Recommendation denying the motion to vacate brought under 28 U.S.C. § 2255, the Court must consider whether to issue or deny the certificate of appealability at this time.

    In order for this court to grant a COA, Movant must make a "substantial

showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), such that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further," Slack v. McDaniel, 529 U.S. 473, 484 (2000) (internal quotation marks omitted). The Court concludes under Slack that Movant cannot show that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Id. Therefore, the Court **DENIES** a certificate of appealability. The Court notes that under Rule 22(b)(1) of the Federal Rules of Appellate Procedure, Movant may seek a certificate of appealability from the U.S. Court of Appeals for the Eleventh Circuit.

3) All motions not otherwise ruled upon are **DISMISSED AS MOOT**.

4) The case is **CLOSED**.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 8th day of December 2014.

KENNETH A. MARRA
United States District Judge