UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
CASE NO.: 13-62770-CIV-MARRA
9-60212-CR-MARRA

GREGORY WELCH,
Appellant,

14-15733-C

v.

UNITED STATES OF AMERICA,
Appellee.
_____/

## MOTION TO SUPPLEMENT / CERTIFICTE OF APPEALABILITY

COMES NOW, Petitioner Gregory Welch, pro-se, requests that this Court Grants this Supplement / Amendment pursuant to the Fed. R.Crim.P. Rule 15, governing Supplemental Authority. Welch asks the Court to hold this case in Abeyance until United States v. Johnson (13-7120), Welch's request that this Court vacate his ACCA conviction, based on the fact he was sentenced under the "Residual Clause" of the ACCA, 924(e)(2)(B)(ii). Welch objected to the ACCA in the District Court, also in this Court. Pursuant to United States v. Beckles, 565 F.3d 832. "undisputed facts that are not objected are accepted as true". Welch objected to the P.S.I. also, to the information that was used to come to the conclusion, which violated United States v. Shepard, 544 U.S. 13, non-approved documentation.

## CONCLUSION

Petitioner hopes and prays the Honorable Court will GRANT this Supplement / Certificate of Appealability.

3/13/15
Executed On

Respectfully Submitted,

Gregory Welch, #75675-004
FCC-COLEMAN-MEDIUM, POB 1032
COLEMAN, FLORIDA 33521-1032

1.

## CERTIFICATE OF SERVICE

I, Gregory Welch, majority, CERTIFY, that a true and correct copy of the foregoing has been furnished, via United States Postal Service, this  13  day of  March , 2015, to:

Clerk of US Court of Appeals
For The Eleventh Circuit
56 Forsyth Street, Northwest
Atlanta, Georgia
30303

AND

U.S. Attorney's Office
500 Australian Avenue
Fourth Floor
West Palm Beach, Florida
33401

Respectfully Submitted,

Gregory Welch
#73675-004
FCC-COLEMAN-MEDIUM
POB 1032
COLEMAN, FLORIDA
33521-1032

Title 28 U.S.C.
Section 1746

2.