IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

----------

No. 14-15733-C

----------

GREGORY WELCH,

                                                                                    Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

                                                                                     Respondent-Appellee.

----------

Appeal from the United States District Court
for the Southern District of Florida

----------

ORDER:

Gregory Welch moves for a certificate of appealability in order to appeal the denial of his motion to vacate, filed pursuant to 28 U.S.C. § 2255. His motion is DENIED because he has failed to make a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

Welch's motion for appointment of counsel is DENIED AS MOOT.

                                                          /s/ Charles R. Wilson
                                                    UNITED STATES CIRCUIT JUDGE