# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

October 6, 2015

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

    Re:  Gregory Welch
           v. United States
           No. 15-6418
           (Your No. 14-15733)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 2, 2015 and placed on the docket October 6, 2015 as No. 15-6418.

Sincerely,

**Scott S. Harris**, Clerk

by

Erik  Fossum
Case Analyst